Order issued January 9 , 2013

000068



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-01212-CV

**KHYBER HOLDINGS, LLC, Appellant**

**V.**

**HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE ASSET BACKED PASS-THROUGH CERTIFICATES EQUITY LOAN TRUST, SERIES 2006-FM2, Appellee**

## ORDER

We **GRANT** appellee's unopposed motion for substitution of appellate counsel. We

**DIRECT** the Clerk of this Court to substitute Thomas G. Yoxall, Kirsten M. Castaneda, and

Daron L. Janis of the law firm Locke Lord LLP as counsel for appellee in the place of Robert F.

Maris and Matthew W. Lindsey of the law firm Maris & Lanier, P.C.

MOLLY FRANCIS
JUSTICE